**Gerardo REYES–COCOLETZI, Petitioner,**

v.

**John ASHCROFT, Attorney General,\* Respondent.**

No. 03–70881.

Agency No. A72–956–788.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.\*\*

Decided Oct. 29, 2004.

Vincent Ochoa, Esq., Las Vegas, NV, for Petitioner.

Regional Counsel, Laguna Niguel, CA, District Director, Phoenix, AZ, Mark C. Walters, Esq., Anh-Thu P. Mai, Jennifer L. Lightbody, U.S. Department of Justice, Washington, DC, for Respondent.

Before KLEINFELD, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM \*\*\*

Gerardo Reyes–Cocoletzi, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals ("BIA"), summarily affirming an Immigration Judge's denial of his application for suspension of deportation. We dismiss the petition for review.

We lack jurisdiction to review Reyes–Cocoletzi's petition for review because it was filed 31 days after the BIA issued its final order of deportation, on a Thursday. See Singh v. INS, 315 F.3d 1186, 1188 (9th Cir.2003).

PETITION FOR REVIEW DISMISSED.

---

\* The court sua sponte changes the docket to reflect that John Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

\*\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

